Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

*Attorneys for Gary L. Rainsdon*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PARADIGM PROPERTY SOLUTIONS, LLC,<br><br>Debtor. | Case No. 18-00850-JMM<br>(Chapter 7) |
| GARY L. RAINSDON, as Trustee of the Bankruptcy Estate of Paradigm Property Solutions, LLC,<br><br>Plaintiff.<br><br>v.<br><br>CITY OF REXBURG, Idaho, a Municipal Corporation,<br><br>Defendant. | Adversary Case No. 20-6009-JMM |

### STATUS REPORT

In response to the Status Request (Dkt. 6), Gary L. Rainsdon, the Chapter 7 Trustee (the "Trustee"), by and through counsel, states and represents as follows:

**STATUS REPORT – Page 1**

1.	A Clerk's Entry of Default was entered on August 3, 2020 against Defendant City of Rexburg ("Defendant"). Dkt. 10.

2.	After discussion with Defendant, the Trustee has agreed to enter into a Stipulation with the Defendant to set aside the Clerk's Entry of Default.

3.	If negotiations do not result in a settlement by August 31, 2020, the Trustee will ask Defendant to proceed with filing an Answer.

DATED this 25th day of August, 2020.

RACINE OLSON, PLLP


By: /s/ Heidi Buck Morrison
    HEIDI BUCK MORRISON


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of August, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Gary L. Rainsdon
trustee@filertel.com
id09@ecfcbis.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, First-Class, postage prepaid and addressed as follows:

| | |
|---|---|
| Matthew T. Christensen<br>199 N. Capitol Blvd., Ste 200<br>Boise, ID 83702 | Mayor Jerry Merrill<br>City of Rexburg<br>35 North 1st East<br>Rexburg, ID 83440 |

/s/ Heidi Buck Morrison
HEIDI BUCK MORRISON