Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: bwilson@hawleytroxell.com

Attorneys for Defendant City of Rexburg, Idaho

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PARADIGM PROPERTY SOLUTIONS, LLC,<br><br>　　　　Debtor. | Bankr. Case No. 18-00850-JMM<br><br>Chapter 7 |
| GARY L. RAINSDON, as Trustee of the Bankruptcy Estate of Paradigm Property Solutions, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF REXBURG, Idaho, a Municipal Corporation<br><br>　　　　Defendant. | Adversary Proc. No.20-06009-JMM |

NOTICE OF APPEARANCE - 1

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Brent R. Wilson of HAWLEY TROXELL ENNIS & HAWLEY LLP hereby enters his appearance on behalf of Defendant City of Rexburg, Idaho, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

>Brent R. Wilson
>bwilson@hawleytroxell.com
>HAWLEY TROXELL ENNIS & HAWLEY LLP
>877 Main Street, Suite 1000
>Boise, Idaho  83702

Dated:  September 3, 2020          Respectfully submitted,
        Boise, Idaho

                                HAWLEY TROXELL ENNIS & HAWLEY LLP


                                By:   /s/ Brent R. Wilson
                                    Brent R. Wilson, ISB No. ISB No. 8936
                                    Attorneys for Defendant City of Rexburg, Idaho

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September, 2020, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Daniel C. Green | dan@racineolson.com |
| Heidi Buck Morrison | heidi@racineolson.com |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail**:

/s/ Brent R. Wilson_____
Brent R. Wilson

NOTICE OF APPEARANCE - 3

58710.0001.13134035.1