Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: bwilson@hawleytroxell.com

Attorneys for Defendant City of Rexburg, Idaho

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PARADIGM PROPERTY SOLUTIONS, LLC,<br><br>      Debtor. | Bankr. Case No. 18-00850-JMM<br><br>Chapter 7 |
| GARY L. RAINSDON, as Trustee of the Bankruptcy Estate of Paradigm Property Solutions, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF REXBURG, Idaho, a Municipal Corporation<br><br>      Defendant. | Adversary Proc. No. 20-06009-JMM |

STIPULATION TO SET ASIDE CLERK'S DEFAULT AND TO ESTABLISH
DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT - 1

58710.0001.13141954.1

### STIPULATION TO SET ASIDE CLERK'S DEFAULT AND TO ESTABLISH DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Gary L. Rainsdon, Chapter 7 Trustee ("**Trustee**"), by and through his attorneys of record, RACINE OLSON, PLLP, and Defendant City of Rexburg, Idaho ("**Rexburg**"), by and through its attorneys of record, HAWLEY TROXELL ENNIS & HAWLEY LLP, hereby stipulate and agree as follows.

1. On April 24, 2020, Trustee filed the complaint commencing this adversary proceeding. Adv. Dkt. No. 1.

2. On August 3, 2020, Trustee obtained a Clerk's Default. Adv. Dkt. No. 10.

3. On September 3, 2020, Trustee filed a Status Report indicating that Trustee had consulted with Rexburg and that Trustee would agree to set aside the Clerk's Default obtained in the case and would allow Rexburg time to respond to the complaint. Adv. Dkt. No. 11.

4. Undersigned counsel for Rexburg has now been engaged to represent Rexburg in this matter and has been in contact with counsel of record for Trustee.

5. Now, therefore, Trustee and Rexburg hereby stipulate and agree to set aside the Clerk's Default.

6. Trustee and Rexburg hereby stipulate and agree that Rexburg shall answer or otherwise respond to the complaint on or before September 25, 2020.

7. Trustee and Rexburg hereby stipulate and agree to the form of the proposed *Order Setting Aside Clerk's Default and Establishing Deadline to Answer or Otherwise Respond to*

STIPULATION TO SET ASIDE CLERK'S DEFAULT AND TO ESTABLISH
DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT - 2

58710.0001.13141954.1

*Complaint* attached hereto and incorporated by reference herein as **Exhibit A**, and agree that this proposed order shall be submitted to the Court for entry by Rexburg.

Dated:  September 9, 2020            Respectfully submitted,
        Pocatello, Idaho

                                              RACINE OLSON, PLLP

                                              By: /s/ Heidi Buck Morrison (email authorization)
                                                    Heidi Buck Morrison
                                                    Counsel for Gary L. Rainsdon, Chapter 7 Trustee

Dated:  September 9, 2020            Respectfully submitted,
        Boise, Idaho

                                              HAWLEY TROXELL ENNIS & HAWLEY LLP

                                              By:    /s/ Brent R. Wilson
                                                    Brent R. Wilson, ISB No. ISB No. 8936
                                                    Attorneys for Defendant City of Rexburg, Idaho

STIPULATION TO SET ASIDE CLERK'S DEFAULT AND TO ESTABLISH
DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2020, I electronically filed the foregoing **STIPULATION TO SET ASIDE CLERK'S DEFAULT AND TO ESTABLISH DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Daniel C. Green | dan@racineolson.com |
| Heidi Buck Morrison | heidi@racineolson.com |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail**:

/s/ Brent R. Wilson_____
Brent R. Wilson

STIPULATION TO SET ASIDE CLERK'S DEFAULT AND TO ESTABLISH
DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT - 4

58710.0001.13141954.1

EXHIBIT A

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PARADIGM PROPERTY SOLUTIONS, LLC,<br><br>    Debtor. | Bankr. Case No. 18-00850-JMM<br><br>Chapter 7 |
| GARY L. RAINSDON, as Trustee of the Bankruptcy Estate of Paradigm Property Solutions, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF REXBURG, Idaho, a Municipal Corporation<br><br>    Defendant. | Adversary Proc. No. 20-06009-JMM |

**ORDER SETTING ASIDE CLERK'S DEFAULT AND ESTABLISHING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Before the Court is the *Stipulation to Set Aside Clerk's Default and to Establish Deadline for Defendant to Answer or Otherwise Respond to the Complaint* (Adv. Dkt. No. 13) (the "**Stipulation**"), filed on September 4, 2020, by Plaintiff Gary L. Rainsdon, Chapter 7 Trustee ("**Trustee**") and Defendant City of Rexburg, Idaho ("**Rexburg**"). For good cause appearing therefore; **IT IS HEREBY ORDERED**:

1. The Stipulation is **APPROVED**;

ORDER SETTING ASIDE CLERK'S DEFAULT AND ESTABLISHING
DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 1

2. The Clerk's Default (Dkt. No. 10) is **SET ASIDE**; and

3. Rexburg shall answer or otherwise respond to Trustee's complaint in this matter on or before September 25, 2020, unless further extensions are agreed to by the parties.//end of text//

Submitted by:

/s/ Brent R. Wilson
Brent R. Wilson
Hawley Troxell Ennis & Hawley LLP
Counsel for City of Rexburg

Approved as to form:

/s/ Heidi Buck Morrison
Heidi Buck Morrison
Racine Olson
Counsel for Gary L. Rainsdon, Chapter 7 Trustee

ORDER SETTING ASIDE CLERK'S DEFAULT AND ESTABLISHING
DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 2

58710.0001.13141959.1